**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Daniel ROJAS–PEREZ, Defendant–Appellant.**

**No. 09–10141.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 2, 2010.

Lisa Jennis Settel, Esquire, Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Joanne Frances Landfair, Esquire, Laveen, AZ, for Defendant–Appellant.

Juan Daniel Rojas–Perez, pro se.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Juan Daniel Rojas–Perez appeals from the 46–month sentence imposed following his guilty-plea conviction for conspiracy to harbor illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(A)(v)(I); and re-entry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Rojas–Perez contends that the appeal waiver in his plea agreement does not preclude this appeal because his sentence is not consistent with his plea agreement. Because the record belies this contention, we enforce the valid appeal waiver. *See United States v. Bibler*, 495 F.3d 621, 624 (9th Cir.2007); *see also United States v. Schuman*, 127 F.3d 815, 817 (9th Cir.1997) (per curiam).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.